IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| YURIEN ALMEIDA ARENCIBIA, | * |
| Petitioner, | * |
| v. | Case No. 4:25-cv-252-CDL-CHW |
| | * |
| Warden, STEWART DETENTION CENTER, | |
| | * |
| Respondent. | |
| _____ | * |

## J U D G M E N T

Pursuant to this Court's Order dated 1/2/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 2nd day of January, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk